576

for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Mat J. Holland* and *George Eigel* for petitioner. *Messrs. T. J. Rowe* and *Thomas J. Rowe, Jr.*, for respondents.

No. 252. HIRSCHI *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to 'the Court of Claims denied. *Messrs. Wade H. Ellis* and *Don F. Reed* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Lisle A. Smith* and *W. Marvin Smith* for the United States.

No. 253. NEW ORLEANS BANK & TRUST Co. *v.* HART, RECEIVER. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Henry P. Dart, Jr.,* for petitioner. No appearance for respondent.

No. 255. MISSOURI PACIFIC R. Co. *v.* CROUCH. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Messrs. W. P. Waggener* and *J. M. Challiss* for petitioner. *Mr. T. S. Salathiel* for respondent.

No. 256. JOHNSON *v.* McCLOUD. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Giles J. Patterson* for petitioner. *Messrs. Wm. E. Kay, Thomas B. Adams,* and *J. T. G. Crawford* for respondent.